Larry Lee FOSTER, Appellee,

v.

**COMMONWEALTH OF PENNSYLVANIA, Department of Transportation, Bureau of Driver Licensing, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 22, 2004.

Decided Aug. 15, 2005.

***ORDER***

PER CURIAM.

**AND NOW,** this 15th day of August, 2005, the decision of the Commonwealth Court is REVERSED. *See Alexander v. Commonwealth, Department of Transportation,* —— Pa. ——, 880 A.2d 552 (2005), J–167–2004.